**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **23-cr-319 (JDB)** |
| | : | |
| **JAMES JOYCE** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**JOINT STATUS REPORT**

The United States and defendant James Joyce, through undersigned counsel, respectfully submit the Joint Status Report pursuant to the Court's September 15, 2026 Minute Order.

On October 8, 2025, the parties entered into a one-year Deferred Prosecution Agreement ("DPA"), pursuant to which the government agreed to dismiss the charge against the defendant with prejudice upon successful completion of the agreement. ECF No. 10-2. The period of deferred prosecution was concluded on October 8, 2026.

The government has contacted Pretrial Services regarding the defendant's compliance with the conditions of the DPA. Pretrial Services has advised that the defendant has been compliant with Pretrial Services' supervision requirements. However, pursuant to the DPA, the government will request that Pretrial Services officer write a report confirming the defendant's compliance.

The government anticipates obtaining that report on or about October 9, 2026, and will apprise counsel of the report's status. Upon confirmation of the defendant's successful completion of the DPA, the government intends to seek the necessary approval to move to dismiss the Information with prejudice, consistent with the parties' agreement. The government has informed defense counsel of its plan to which defense counsel agrees.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By: */s/ Sarah Akhtar*
SARAH AKHTAR
Assistant United States Attorney
M.D. Bar No.
601 D Street, N.W., 5th Floor
Washington, D.C. 20530 Phone:
(202) 252-7704
syeda.akhtar@usdoj.gov