**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES JOYCE,**<br><br>**Defendant.** | **Case No. 25-cr-000319 (JDB)** |

**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO THE DEFERRED PROSECUTION AGREEMENT AND FEDERAL RULE CRIMINAL PROCEDURE 48(A)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion. Pursuant to the Deferred Prosecution Agreement and Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Information (ECF no. 11) against the defendant with prejudice.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By: */s/ Sarah Akhtar*
SYEDA SARAH AKHTAR
Assistant United States Attorney
Maryland Bar
601 D Street, N.W.
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:25-cr-00319 (JDB)** |
| | : | |
| **JAMES JOYCE,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Information with prejudice pursuant to the Deferred Prosecution Agreement and Rule 48(a) is GRANTED.

**SO ORDERED** this _____ day of __________, 2026.

___________________________________
HONORABLE JOHN D. BATES
United States District Judge